```
YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER
```

Faustino Robinson
P.O. Box 120763
San Diego CA 92112

FILED
07 NOV 19 PM 5:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  CP  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Faustino Robinson

-v-

W. Sammuel Hamrick. Jr.

And. Clerk

Case No. '07 CV 2203 LAB (BLM)
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

To Whom It May Concern:

Faustino Robinson
P.O. Box 120763
San Diego CA 92112   10/05/07

By means of this letter I would like to state the following: That on the date shown above I went to the Federal Court Building (4th floor) since according to the employees working at this building their supervisor Mr. W. Samuel Hamrick Jr. has instructed them to change my case in three different times to another floor. I had to go over there where I found out several of my letters open that were re-closed with tape in the center part. I strongly believe this is a complot against me, orchestrated by those judges that are selling my complaint and whom are getting something in exchange for closing or dismissing every lawsuit I had brought. The Judge is the person elaborating all those documents, and I would like to file a complaint against him for his corrupt and abusive actions. He has unlawfully violated my rights. I consider my clam's worth in five hundred thousand dollars ($500,000). I can not longer stand the corrupt Judges in the Courthouse; if any other Judges interferes with this action against the Court's Clerk Samuel Hamrick Jr. I will sue them too. In addition to that, and if necessary I will ask to my Senator Barbara Boxer to intervene and conduct an investigation on this matter in order to stop the corruption in the San Diego courts, that might include a Ninth Circuit or even the Supreme Court action.

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

     B.  Do you question the correctness of the Commission's "no reasonable cause" determination?

    ___ Yes     _X_ No

     C.  If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.</u>

N/A

(Attach additional sheets as needed)

1   4.   Have you talked with any attorney about handling your claim?
2        ____ Yes        _X_ No
3        If "YES," give the following information about each attorney with whom you talked:
4   Attorney: _____
5   When: _____
6   Where: _____ N/A _____
7   How (by telephone, in person, etc.): _____
8   Why attorney was not employed to handle your claim: ___
9   _____
10  _____
11
12  Attorney: _____
13  When: _____
14  Where: _____ N/A _____
15  How (by telephone, in person, etc.): _____
16  Why attorney was not employed to handle your claim:
17  _____
18  _____
19
20  Attorney: _____
21  When: _____
22  Where: _____ N/A _____
23  How (by telephone, in person, etc.): _____
24  Why attorney was not employed to handle your claim:
25  _____ NO INCOME _____
26  _____
27  _____
28  (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

*NONE*

6. Give any other information which supports your application for the court to appoint an attorney for you: *UNEMPLOYABLE*

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: *N/A*

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?     ___ yes ___ no ___ am self-employed

Name and address of employer:

*N/A*

1     If employed, how much do you earn per month? __710__

2     If not employed, give month and year of last employment: __1983__

3     How much did you earn per month in your last employment? __$7.00 PER HOUR__

4     If married, is your spouse employed? ___ yes __N/A__ no

5     If "YES," how much does your spouse earn per month? __/__

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7 income? __N/A__

8

9           B.    Assets

10            (i)    Other Income

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes __X__ no

14     If "YES," give the amount received and identify the sources:

15          $ Received                     Source

16 _____

17 _____

18 _____

19 _____ N/A _____

20 _____

21 _____

22 _____

23

24

25

26

27

28 (Attach additional sheets as necessary)

      (ii)    Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes _X_ no

If "YES," state total amount: _____

      (iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ___ no

If "YES," give value and describe it:

| Value | Description |
|-------|-------------|
|       |             |
|       |             |
| N/A   |             |
|       |             |
|       |             |
|       |             |

C.    Obligations and Debts

      (i)    Dependents  none

Your marital state is: ___ single ___ married ___ widowed, separated or [divorced].

Your total number of dependents is: none

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|-------------------|------------------------|
|                   |                        |
|                   |                        |
| n/a               |                        |
|                   |                        |
|                   |                        |
|                   |                        |
|                   |                        |

| | (ii) Debts and Monthly Bills |
|---|---|

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: San Diego Reach | $475.00 | |
| Mortgage on Home: n/a | | |
| Others: n/a | | |

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 11/18/07

Faustino Robinson
Signature

(Notarization is not required)