### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Robinson v. Hamrick                             <u>Case No</u>: 07cv2203-LAB (BLM)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY Tisha Washam</u>          <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:     No appearance.

<u>Defendant(s)</u>:    No appearance.

    District Judge LARRY ALAN BURNS hereby recuses from the above-entitled case and orders that the case be reassigned to another district judge.

Assigned to: The Honorable William Q. Hayes

New Case No. 07 CV 2203 - WQH (BLM)

DATED: November 26, 2007

IT IS SO ORDERED.

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge